# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-10449
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
September 26, 2023

Lyle W. Cayce
Clerk

United States of America,

Plaintiff—Appellee,

versus

Alvaro Castro-Lopez,

Defendant—Appellant.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CR-106-1

———————————————————————

Before Wiener, Stewart, and Douglas, Circuit Judges.

Per Curiam:*

The Federal Public Defender appointed to represent Alvaro Castro-Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Castro-Lopez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10449

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.